[No. 49126-1-I.   Division One.   October 21, 2002.]

HELEN LAMARCHE, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07811-1, Palmer Robinson, J., entered July 30, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, A.C.J., concurred in by Agid and Schindler, JJ.

[No. 49359-1-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALUMNEH ASEFA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-03394-0, Nicole MacInnes, J., entered October 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49452-0-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. K.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-00921-6, James D. Cayce, J., entered October 12, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49631-0-I.   Division One.   October 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ROBERT HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05321-0, Helen Halpert, J., entered November 7, 2001. *Affirmed* by unpublished per curiam opinion.